| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  6/21/2022 |
| LUIGI ABREU, *Individually and On Behalf of All Others Similarly Situated*,<br><br>                        Plaintiff,<br><br>            -against-<br><br>TOUR EDGE GOLF MANUFACTURING, INC,<br><br>                        Defendant. | 1:22-cv-3684 (MKV)<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the plaintiff stating that the parties have reached a settlement in principle [ECF No. 5]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by July 22, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED**

**Dated: June 21, 2022**
            **New York, NY**

                                                    _____
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**

1